**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ORRIN MONROE CORWIN,**

      **Plaintiff,**

-vs-                                      **Case No. 6:02-cv-1377-Orl-19KRS**

**WALT DISNEY COMPANY, WALT**
**DISNEY WORLD COMPANY,**

      **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT WALT DISNEY WORLD CO.'S APPLICATION FOR FEES AND COSTS PURSUANT TO THE COPYRIGHT ACT (17 U.S.C. § 505) AND 28 U.S.C. § 1927 AND FOR AN ORDER TO SHOW CAUSE (Doc. No. 231)**
>
> **FILED:** December 6, 2004
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

Defendant Walt Disney World Company (Worldco) seeks an award of attorneys' fees and costs under the Copyright Act against Plaintiff Orrin Monroe Corwin and other individuals who were not parties to this case. Worldco also seeks an award of attorneys' fees and costs against Corwin's

attorneys under 28 U.S.C. § 1927.

Costs are to be taxed by the Clerk upon presentation of a bill of costs (F.R.Civ.P. 54(d)(1)). Worldco separately filed a Bill of Costs (Doc. No. 236), and costs have been taxed by the Clerk of Court (Doc. No. 238); thus, this portion of the Motion should be denied as moot.

With respect to the portion of the Motion seeking attorneys' fees, there is now pending an appeal from the final judgment. Disposition of that appeal, regardless of its outcome, will greatly affect consideration of the motion for attorneys' fees. It does not appear that consideration of the appeal itself would be better informed if accompanied by a decision on fees. *See* Comments to 1993 Amendments to Rule 58, Fed. R. Civ. P.

It is RESPECTFULLY RECOMMENDED that the Motion for costs be **DENIED** as moot; and the portion of the Motion seeking attorney's fees be **DENIED** without prejudice, subject to refiling at the completion of the appellate process. It is further RESPECTFULLY RECOMMENDED that the Court require Worldco to refile any motion for attorney's fees within twenty days after issuance of the mandate by the United States Court of Appeals for the Eleventh Circuit.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 18, 2005.

                     *David A. Baker*
                     DAVID A. BAKER
                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record

-3-

Unrepresented Party
Courtroom Deputy