IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

----------------------

04-16554-DD & 05-12869-DD

----------------------

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 0 6 2007

THOMAS K. KAHN
CLERK

ORRIN MONROE CORWIN,
as sole heir and personal representative
of the Estate of Mark E. Waters, II,

6:02 CV 1377

Plaintiff-Appellant,

versus

WALT DISNEY WORLD COMPANY,
a Florida corporation,

Defendant-Appellee.

----------------------

On Appeal from the United States District Court for the
Middle District of Florida

----------------------

BEFORE: EDMONDSON, Chief Judge, BIRCH and ALARCON,[*] Circuit Judges.

BY THE COURT:

Appellee's application for appellate attorney's fees is GRANTED IN PART, to the extent that the Court finds, as a matter of discretion, that Appellee is entitled to an award of reasonable appellate attorney's fees pursuant to 17 U.S.C. § 505. The

---

[*] Honorable Arthur L. Alarcon, United States Circuit Judge for the Ninth Circuit, sitting by designation.

issue of the amount to be awarded is hereby TRANSFERRED to district court for consideration and disposition.

The Court expresses no opinion as to whether the district court should award Appellee reasonable attorney's fees for work performed in that court, as that is a matter entrusted to the district court's discretion.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 06, 2007

Sheryl L. Loesch
Clerk, U.S. District Court
80 N HUGHEY AVE STE 300
ORLANDO FL 32801-2225

**Appeal Number: 04-16554-DD**
Case Style: Orrin Monroe Corwin v. Walt Disney Company
District Court Number: 02-01377 CV-ORL-19KRS ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Order also filed in Consolidated Appeal No. 05-12869-DD

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Elora Jackson (404) 335-6173

MOT-2 (03-2006)