## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ORRIN MONROE CORWIN,

        Plaintiff,

vs.                                     CASE NO. 6:02-CV-1377-ORL-19KRS

WALT DISNEY WORLD COMPANY,

        Defendant.

### JUDGMENT FOR ATTORNEY'S FEES

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 348, filed February 15, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 348) is **ADOPTED and AFFIRMED.** The Application for Appellate Attorney's Fees (Doc. No. 334, filed June 25, 2007) is **GRANTED IN PART.** Defendant Walt Disney World Company's Application for Fees and Costs Pursuant to the Copyright Act, for an Award fo Fees and Costs Under 28 U.S.C. §1927, and for an Order to Show Cause (Doc. No. 337, filed July 5, 2007) is **GRANTED IN PART.**

Attorney's fees are awarded in favor of Defendant Walt Disney World Company and against Plaintiff Orrin Monroe Corwin for the District Court litigation in the amount of **$1,136,402**, plus prejudgment interest at the then prevailing federal judgment rate of 2.60% from the date Walt Disney World Company originally filed its Motion for Attorney's Fees (December 6, 2004-Doc. No. 231), which results in a per diem rate of $80.95, for a total of prejudgment interest of **$ 97,059.05**.

Attorney's fees for the appeal are awarded in favor of Defendant Walt Disney World Company and against Plaintiff Orrin Monroe Corwin in the amount of **$125,000.00**, plus

prejudgment interest at the then prevailing federal judgment rate of 4.98% from the date the Eleventh Circuit awarded Walt Disney World Company its Attorney's Fees (June 8, 2007 - Doc. No. 331), which results in a per diem rate of $17.05, for a total of prejudgment interest of **$ 4,859.25**.

Final Judgment for Attorney's Fees is entered in favor of Defendant Walt Disney World Company and against Plaintiff Orrin Monroe Corwin in the total amount of **$ 1,363,320.30,** plus interest thereon from and after this date as allowed by law, for which sum execution may issue.

**DONE AND ORDERED** at Orlando, Florida, this 19th day of March, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record